```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12321
    MANUAL SALAS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-6381


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/11/07 .

    2.  The case was dismissed without confirmation, 09/14/2007.

-----------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-----------------------------------------------------------------------
AMC MORTGAGE SERVICES       CURRENT MORTG         .00            .00           .00
AMC MORTGAGE SERVICES       MORTGAGE ARRE   NOT FILED            .00           .00
WILL COUNTY TREASURER       SECURED         NOT FILED            .00           .00
CITIFINANCIAL AUTO          SECURED VEHIC         .00            .00           .00
ATG CREDIT                  UNSECURED       NOT FILED            .00           .00
FIA CARD SERVICES           UNSECURED       NOT FILED            .00           .00
COMED                       UNSECURED       NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED       NOT FILED            .00           .00
MEDICAL BUSINESS BUREAU     UNSECURED       NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED            .00           .00
NICOR GAS                   UNSECURED       NOT FILED            .00           .00
PALISADES COLLECTION        UNSECURED       NOT FILED            .00           .00
SBC AMERITECH               UNSECURED       NOT FILED            .00           .00
WEST ASSET MANAGEMENT       UNSECURED       NOT FILED            .00           .00
              Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID         .00          .00          .00          .00          .00
INTEREST PAID          .00          .00          .00          .00          .00
TOTAL PAID             .00          .00          .00          .00          .00
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $      .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 12/20/07
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 12321 MANUAL SALAS